NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD J. CRANE, | ) | No. C 07-0763 JF (PR) |
| | ) | |
| | ) | ORDER REGARDING |
| Plaintiff, | ) | PENDING MOTIONS |
| vs. | ) | |
| | ) | |
| M.S. EVANS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | (Docket Nos. 4, 37, 64, 67, 69, 75) |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff has been granted leave to proceed in forma pauperis in a separate written order. On November 2, 2007, the Court ordered service of the complaint on the named Defendants and directed Defendants to file a response to Plaintiff's motion for a temporary restraining order. On December 11, 2007, Defendants filed a response and waiver of reply pursuant to 42 U.S.C. § 1997e(g). Plaintiff filed a motion for default judgment and further motion for preliminary injunction. Defendants filed a motion to dismiss the complaint, a opposition to the motion for temporary restraining order, and a motion to stay discovery. Plaintiff filed oppositions to the motion to dismiss and to the motion to stay discovery. Thereafter, Plaintiff filed an amended complaint on February 25, 2008.

1  Defendants filed a motion that the Court screen Plaintiff's first amended complaint and Plaintiff
2  has filed opposition.  The Court will GRANT Defendants' motion (docket no. 75) and review the
3  amended complaint in a separate written order.  Plaintiff's second motion to proceed in forma
4  pauperis (docket no. 37) is DENIED as moot.   The Court will DENY the additional pending
5  motions without prejudice.

## DISCUSSION

7  Defendants move the Court to screen Plaintiff's amended complaint pursuant to 28
8  U.S.C. § 1915A.  A plaintiff may amend his complaint once as a matter of course at any time
9  before a responsive pleading is served.  See Fed. R. Civ. P. 15(a).[1]  Where plaintiff seeks to
10 amend after a responsive pleading has already been served, however, the decision whether to
11 grant leave to amend is committed to the sound discretion of the trial court. Waits v. Weller, 653
12 F.2d 1288, 1290 (9th Cir. 1981).  Federal Rule of Civil Procedure 15(a) is to be applied liberally
13 in favor of amendments and, in general, leave shall be freely given when justice so requires.  See
14 Janicki Logging Co. v. Mateer, 42 F.3d 561, 566 (9th Cir. 1994); cf. id. (attempt to amend
15 complaint requiring amendment of scheduling order under Fed. R. Civ. P. 16 must be based upon
16 good cause).

17 An amended complaint filed as a matter of course or after leave of court supersedes the
18 original complaint.  "[A] plaintiff waives all causes of action alleged in the original complaint
19 which are not alleged in the amended complaint." London v. Coopers & Lybrand, 644 F.2d 811,
20 814 (9th Cir. 1981).  Defendants not named in an amended complaint are no longer defendants.
21 See Ferdik v. Bonzelet, 963 F.2d 1258, 1262 (9th Cir.1992).  These rules govern actions filed by
22 pro se litigants as well as litigants represented by counsel.  See King v. Atiyeh, 814 F.2d 565,
23 567 (9th Cir. 1987) (original complaint that was not incorporated into pro se litigants'
24 unsolicited amended complaint was properly ignored).
25 \\\

---

[1] A motion to dismiss is not a responsive pleading and "[n]either the filing nor granting of such a motion before answer terminates the right to amend . . . ." United States ex rel. Saaf v. Lehman Brothers, 123 F.3d 1307, 1308 (9th Cir. 1997).

Order Regarding Pending Motions
P:\pro-se\sj.jf\cr.07\Crane763amendmisc            2

1 | Here, Plaintiff has filed an amended complaint. Accordingly, the amended complaint,
2 | filed on February 25, 2008, is the operative complaint in this matter. Defendants request that the
3 | Court screen the amended complaint pursuant to 28 U.S.C. § 1915A. Petitioner opposes the
4 | motion. Because petitioner is a state prisoner seeking redress from state actors under 42 U.S.C.
5 | § 1983, Defendants' motion to screen the amended complaint pursuant to 28 U.S.C. §1915A
6 | (docket no. 75) is GRANTED.

7 | Because the Court has yet to review the merits of the claims set forth in the amended
8 | complaint, all pending motions (docket nos. 4, 64, 67, 69) are DENIED without prejudice.

## CONCLUSION

Defendants' motion to screen the amended complaint (docket no. 75) is GRANTED. Plaintiff's second motion to proceed in forma pauperis (docket no. 37) is DENIED as moot. The additional pending motions (docket nos. 4, 64, 67, 69) are DENIED without prejudice until the Court has reviewed the merits of the claims in the amended complaint. The Court will screen the amended complaint and issue a further scheduling order in a separate written order.

IT IS SO ORDERED.

DATED:  3/19/08

JEREMY FOGEL
United States District Judge

Order Regarding Pending Motions
P:\pro-se\sj.jf\cr.07\Crane763amendmisc        3